UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      Crim. No. 19 CR 111 AWT

v.

ROLANDO RUSSELL      26 U.S.C. § 7206(2)
(False Tax Return)

## INFORMATION

The United States Attorney charges:

### Background

1. During all times relevant to this Information, the defendant ROLANDO RUSSELL, a resident of Bridgeport, Connecticut, prepared tax returns for individuals in his community.

2. During the relevant period, including tax years 2013 through 2016, RUSSELL assisted in the preparation of approximately 1,820 tax returns for clients, claiming on those returns approximately $11.26 million in refunds, of which the IRS issued approximately $10 million. Many of the filed tax returns included false forms Schedule C with losses attributed to Schedule Cs of approximately $22.2 million. Those losses resulted in the corresponding reduction of taxes owed of as much as $6.2 million.

### COUNT ONE
(False Tax Return)

3. Paragraphs 1-2 of this Information are incorporated by reference as if fully restated herein.

4. On or about February 23, 2017, in the District of Connecticut, as an example of one of the many returns RUSSELL fraudulently prepared for a client, RUSSELL did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue

Service of a U.S. Individual Tax Return (Form 1040 and related attached forms) for the calendar year 2016 for the client with the initials "A.C."  The relevant tax return was false and fraudulent as to a material matter, which RUSSELL then and there knew, in that the tax return materially falsified the Schedule C losses associated with the tax return.

All in violation of Title 26, United States Code, Section 7206(2).

COUNT TWO<br>(False Tax Return)

5. Paragraphs 1-2 of this Information are incorporated by reference as if fully restated herein.

6. On or about March 17, 2017, in the District of Connecticut, as an example of one of the many returns RUSSELL fraudulently prepared for a client, RUSSELL did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of a U.S. Individual Tax Return (Form 1040 and related attached forms) for the calendar year 2016 for the client with the initials "P.S."  The relevant tax return was false and fraudulent as to a material matter, which RUSSELL then and there knew, in that the tax return materially falsified the Schedule C losses associated with the tax return.

All in violation of Title 26, United States Code, Section 7206(2).

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

CHRISTOPHER W. SCHMEISSER
ASSISTANT UNITED STATES ATTORNEY